Adam S. Affleck (#5434) asa@princeyeates.com
**PRINCE, YEATES & GELDZAHLER**
Attorneys for Chapter 7 Trustee, J. Kevin Bird
15 West South Temple, Suite 1700
Salt Lake City, UT 84111
Telephone: (801) 524-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central Division

| | |
|---|---|
| In re<br><br>ALFRED DON DAVIES and<br>MARY JANE DAVIES,<br><br>Debtors. | Bankruptcy Case No. 17-26875 JTM<br>(Chapter 7) |

**NOTICE OF OPPORTUNITY FOR HEARING ON
FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
ATTORNEY FEES AND COSTS**

**Hearing Date:  June 26, 2019 at 10:30 a.m.
Objection Deadline: June 14, 2019**

<u>**Your rights may be affected**</u>.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

1.    <u>NOTICE OF FILING OF THE MOTION</u>.  On May 27, 2019, Chapter 7 Trustee, J. Kevin Bird (the "**Trustee**") filed the *First and Final Application for Allowance of Attorney Fees and Costs of Prince, Yeates & Geldzahler* (the "**Application**"). In the Application, the Trustee asks the Court for allowance of, and authority to pay $6,624.00 in professional fees and $474.34 in costs to Prince, Yeates & Geldzahler as special counsel for the Trustee.

2.    <u>NOTICE OF HEARING ON THE MOTION</u>.  On **June 26, 2019**, at **10:30 a.m.**, a hearing on the Motion is scheduled to be held before the Honorable Joel T. Marker, United States Bankruptcy Judge, in Courtroom 341 of the Frank E. Moss Federal Courts Building, 350 South Main Street, Salt Lake City, Utah.

3. NOTICE OF THE PROCESS FOR OBJECTION TO THE MOTION. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must do *each* of the following things:

a. *On or before* **June 14, 2019**, *you or your attorney must file a written objection with the Court and serve a copy of your objection on the undersigned counsel.* If you decide to file and serve your objection by mail, you must mail it early enough so that it is *received* by the Clerk of the Court and by the undersigned counsel by this deadline. The physical and mailing address for filing your objection with the Court is:

> Frank E. Moss Federal Courts Building
> 350 South Main Street, #301
> Salt Lake City, Utah 84111

The physical and mailing address for serving your objection on the undersigned counsel is:

> Adam S. Affleck
> Prince, Yeates & Geldzahler
> 15 West South Temple, Suite 1700
> Salt Lake City, Utah 84101

b. *You or your attorney must also attend the hearing scheduled for the Court to consider the Motion,* which again, is scheduled to be held on **April 25, 2019**, at **1:00 p.m.**, in Courtroom 376 of the Frank E. Moss Federal Courts Building, 350 South Main Street, Salt Lake City, Utah.

4. NOTICE OF THE TRUSTEE'S INTENT TO OBTAIN RELIEF WITHOUT HEARING IF NO OBJECTIONS IS FILED. Pursuant to Bankr. D. Ut. LBR 2002-1(b) and 9013-1(c), the relief requested in the Motion may be granted without a hearing unless an objection is timely filed. ***If no objection to the Motion is timely filed, the Trustee will ask the Court to cancel the hearing and enter an order granting the relief requested in the Motion without a hearing.***

DATED this 28th day of May, 2019.

> **PRINCE, YEATES & GELDZAHLER**
> A Professional Corporation
>
> By: /s/ Adam S. Affleck
> Attorneys for J. Kevin Bird, Trustee

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of May, 2019, I electronically filed the foregoing **NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR ALLOWANCE OF ATTORNEY FEES AND COSTS** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all parties whose names appear on the electronic mail notice list for this case.

I further certify that on the 28th day of May, 2019, I served the foregoing, via United States Mail, postage prepaid, by mailing a copy thereof to all parties whose names appear on the official matrix of creditors maintained by the Clerk of the United States Bankruptcy Court as of May 28, 2019.

/s/ Adam S. Affleck

g:\asa\bird, kevin\davies, alfred & mary 13983-216\fee application\noh.fee application.davies.docx